GJ# 24

AHM/LDH: NOV. 2006

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **BRADY KANE WITCHER** | ) |

## INDICTMENT

**COUNT ONE:**  [18 U.S.C. §922(g)(1)]

The Grand Jury charges that:

On or about the 12th day of April, 2006, in Jefferson County, within the Northern District of Alabama, the defendant,

**BRADY KANE WITCHER**,

after having been convicted on October 30, 1998, in the Circuit Court of Jefferson County, Alabama, of the offense of Burglary, Third Degree, in case number CC 98-5866, and of the offense of Theft of Property, Second Degree, in case number CC 98-5867, each of the said offenses being a crime punishable by a term of

imprisonment exceeding one year, did knowingly possess in and affecting commerce a firearm, that is, a Davis Industries .32 caliber pistol, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

*/s/Electronic Signature*
FOREPERSON OF THE GRAND JURY

                              ALICE H. MARTIN
                              United States Attorney

                              */s/Electronic Signature*
                              WILLIAM R. HANKINS, JR.
                              Special Assistant United States Attorney