United States District Court
Northern District Court of Alabama

United States of America
    Plaintiff
vs.
Brady Kane Witcher

Case No. 2:06-CR-00516-RDP-PWG-1

FILED
2012 MAY -4  A 11: 48
U.S. DISTRICT COURT
N.D. OF ALABAMA

Motion under section 3582 (c) (2)
to correct sentence due to the "Recency"
Amendment #742 of the United States
Sentencing Guidelines.

---

    Now comes defendant, Brady Kane Witcher, Pro Se, and moves this court to correct his sentence under Section 3582 (c) (2), due to the new "Recency" Amendment #742 to the United States Sentencing Guidelines. In this motion, defendant Witcher states the following:

    On November 1st, 2010, a new amendment, Amendment #742 became effective in the United States Sentencing Guidelines. Under this amendment, the commission did away with the existing section of Chapter 4, Criminal History, specifically, § 4A1.1(e), from the Guidelines Manual. As a result of Amendment #742, defendants no longer receive additional criminal history points based on the recency of any prior convictions.

    In the instant case, defendant Witcher was given one (1) criminal history point which took him from criminal history category five (5) to category six (6), which was from 12 points to 13 points. If not for the one (1) point that defendant Witcher was given, his Guidelines would have been 77 to 96 months, and not 84 to 105 months. This is a 7 month difference from the low end of the Guidelines in which defendant Witcher was sentenced from. Defendant Witcher asks the court to correct his criminal history from category six (6) to category five (5). Defendant Witcher also asks the court to correct his sentence from 84 months to 77 months.

Dated this 1st day of
May 2012

Respectfully Submitted

*Brady Kane Witcher*

Brady Kane Witcher

Certificate of Service

I, Brady Kane Witcher, hereby certify that on this _1st_ day of May, 2012, that the foregoing motion was served via U.S. Postage prepaid mail only, addressed as follows:

Alice H. Martin, U.S. Attorney
U.S. Attorney's Office
1801 4th Avenue North
Birmingham, AL 35203